# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SLOCUM,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendants. | **Case No.:** CV19-620 JVS (KESx)<br><br>**ORDER ENTERING JUDGMENT AGAINST DEFENDANT JPMORGAN CHASE BANK**<br><br>**HONORABLE JAMES V. SELNA** |

On December 5, 2019, Defendant JPMORGAN CHASE BANK ("Chase") made an Offer of Judgment pursuant to Federal Rule of Civil Procedure, Rule 68 to Plaintiff SHANNON SLOCUM ("Slocum"). [ECF No. 60]. Thereafter, Slocum accepted said Offer on December 19, 2019. [ECF No. 61]. Accordingly,

**IT IS HEREBY ORDERED THAT:**

1. Judgment is entered in favor of Slocum and against Chase pursuant to

Federal Rule of Civil Procedure, Rule 68.

2. Said Judgment shall be for the sum of $20,000.00 (twenty thousand dollars)

Dated: December 20, 2019    _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

CC:    FISCAL

Case No.: CV19-620 JVS (KESx)                          *Slocum v. JPMorgan Chase Bank, et al.*
**ORDER**