**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE: 714- 668-2400
FACSIMILE: 714- 668-2490

Donald E. Bradley (State Bar No. 145037)
D.Bradley@musickpeeler.com
Attorneys for TRANS UNION LLC

Kristin Marker (Bar No. 278596)
kmarker@qslwm.com
Quilling Selander Lownds
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5442
(214) 871-2111 Fax
*Counsel for Trans Union LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SLOCUM, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 8:19-cv-00620-JVS-KES <br><br> Hon. R. Gary Klausner <br><br> **ORDER OF DISMISSAL WITH PREJUDICE OF TRANS UNION LLC** |

Plaintiff Shannon Slocum and Defendant Trans Union LLC have announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Stipulation of Dismissal with Prejudice of Trans Union LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Trans Union LLC, the Court makes and delivers the following ruling:

3901510.1

1

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Shannon Slocum against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with attorneys' fees and court costs to be paid by the party incurring same.

DATED this 25th day of March, 2020.

_____
**HONORABLE JAMES V. SELNA**
UNITED STATES DISTRICT JUDGE

3901510.1

2